# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * **Fax**: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

November 14, 2023

**BY ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007



Re:   **Kevin Yan Luis v. Ammanii, LCC – Case No. 1:23-cv-07540-KPF**

To the Honorable Judge Katherine Polk Failla,

Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference *sine die* while Plaintiff continues to attempt to serve the Defendant. The complaint in this case was filed on August 24, 2023. Plaintiff has attempted to reach the Defendant via phone and via process server on October 12, 2023. The attempt was unsuccessful. Plaintiff intends on attempting service vis the Secretary of State. Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for November 17, 2023 (Docket # 5) pursuant to Your Honor's Order. Plaintiff additionally requests all case deadlines be reset as well. This is the first time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

```
Application GRANTED in part. As Defendant has not yet been properly served, the
initial pretrial conference scheduled for November 17, 2023, is hereby adjourned
sine die.

The Court is troubled by Plaintiff's failure to attempt service with sufficient
alacrity, despite the impending deadline to do so.  As Plaintiff represents that
he intends to attempt service via the Secretary of State, the Court will provide
him with a 14-day extension of the current November 22, 2023 deadline.
Accordingly, Plaintiff shall serve Defendant on or before December 6, 2023.
Should Plaintiff fail to do so, he shall provide the Court with good cause in
writing, on or before December 13, 2023, for why this case should not be
dismissed pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk of Court is directed to terminate the pending motion at docket number 6.
                                      SO ORDERED.
Dated:     November 14, 2023
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```